UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RONG KE, ZONGLING HE, LINGLING HUANG, XIA XIAO, YING WANG, JINGJING JIANG, QIUZHEN LIAN, QING LIN, QINGSONG CHEN, SHI SHENGDONG,

Plaintiffs,

v.

KRISTI NOEM, Secretary, Department of Homeland Security, JENNIFER B. HIGGINS, Acting Director U.S. Citizenship and Immigration Services.,

Defendants.
---------------------------------------------------------------X

JUDGMENT
25-cv-00363-OEM

An Order of the Honorable Orelia E. Merchant, United States District Court, having been filed on April 17, 2025, dismissing this action for failure to prosecute; it is

ORDERED and ADJUDGED that this action is dismissed for failure to prosecute.

Dated: Brooklyn, New York
April 21, 2025

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
Deputy Clerk